

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2021

No. 04-21-00098-CR

Isaac **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10269
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant, and has informed appellant of his right to review the record and file his own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel also provided appellant with a pro se motion for access to the appellate record.

On June 21, 2021, appellant filed a pro se motion for access to the record and a request for a thirty-day extension of time in which to file his pro se appellant's brief. The motion is GRANTED and the Clerk of this court is ORDERED to mail a copy of the record to appellant. Appellant's pro se brief is due **no later than August 12, 2021.**

The State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, the State may file a brief in response to counsel's brief no later than thirty days after the pro se brief is due.

We further ORDER the Clerk of this Court to serve a copy of this order on appellant, his counsel, and the attorney for the State.

_____
Lori I. Valenzuela, Justice


       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2021.

_____
Michael A. Cruz,
Clerk of Court